UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| FAREED SEPEHRY-FARD,<br><br>          Plaintiff,<br><br>     vs.<br><br>NATIONSTAR MORTGAGE LLC; JAY BRAY; HAROLD LEWIS; STACEY ROBERSON; CLEAR RECON CORP.; JOHN D. DUNCAN; GREENPOINT MORTGAGE FUNDING, INC.; RECONTRUST COMPANY, N.A.; U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING; CALIFORNIA RECONVEYANCE COMPANY; MARIN CONVEYANCING CORP.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; AND DOES 1 THROUGH 50,<br><br>          Defendants. | Case No. CV-14-05142<br><br>**[PROPOSED] ORDER ON MOTION TO DISMISS**<br><br>Date:     March 5, 2015<br>Time:     1:30 p.m.<br>Crtrm.:   8<br>Judge:   Hon. Lucy H. Koh |

1 **[PROPOSED] ORDER**

2   Defendant Countrywide Home Loan, Inc.'s motion to dismiss came on for hearing on the

3 Court's motion calendar on March 5, 2015, at 1:30 p.m.

4   Having reviewed and considered the written submissions of the parties and the arguments

5 of counsel and good cause appearing,

6   **IT IS HEREBY ORDERED, ADJUDGED and DECREED THAT**

7   Defendants Countrywide Home Loan, Inc.'s motion to dismiss is GRANTED.

8   **IT IS SO ORDERED.**

9

10 DATED: _____, 2015

11

12

13   The Honorable Lucy H. Koh

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28