1    MARK JOSEPH KENNEY (State Bar No. 87345)
     mjk@severson.com
2    BERNARD J. KORNBERG (State Bar No. 252006)
     bjk@severson.com
3    SEVERSON & WERSON
     A Professional Corporation
4    One Embarcadero Center, Suite 2600
     San Francisco, California 94111
5    Telephone: (415) 398-3344
     Facsimile: (415) 956-0439
6

7    Attorneys for Countrywide Home Loans, Inc. and
     Reconstrust Company, N.A.

8

                UNITED STATES DISTRICT COURT

9

   NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION — SAN JOSE DIVISION

10

11

12    Fareed Sepehry-Fard,              Case No. 14-CV-05142-LHK

           Plaintiff,            **ORDER ON MOTION TO HOLD**
13                               **PLAINTIFF IN CONTEMPT OF COURT**
        vs.
14                            Date:     August 11, 2016
   Select Portfolio Servicing, Inc. et al.,       Time:     1:30 p.m.
15                            Place:     Courtroom 8
           Defendants.                280 South 1st Street
16                                    San Jose, CA 95113

17                            Judge:     Hon. Lucy H. Koh

18

19

20

21

22

23

24

25

26

27

28

1    The Court, having reviewed the motion of defendant Countrywide Home Loans, Inc.

2  ("CHL") and Recontrust Company, N.A. ("Recontrust") to find plaintiff Fareed Sepehry-Fard

3  ("Sepehry-Fard") in contempt for violation of the Court's order declaring Sepehry-Fard a

4  vexatious litigant, finds it well taken and therefore grants it.

5  **FINDINGS OF FACT AND CONCLUSIONS OF LAW**

6    The Court makes the following findings of fact and conclusions of law in support of this

7  order.

8    On March 10, 2015, the Court entered a vexatious litigation order as to Sepehry-Fard (the

9  "Vexatious Litigant Order").  This order declared Sepehry- Fard a vexatious litigant and provided

10 that, in part,

11    The Court DECLARES Plaintiff a vexatious litigant.

12
13
14
15
16
17
> This order is not a bar to bringing lawsuits; it merely requires pre-filing review. Accordingly, Fareed Sepehry- Fard must obtain leave before filing any action in the United States District Court for the Northern District of California related to the foreclosure on his property located at 18314 Baylor Avenue, Saratoga, California 95070. The Clerk shall forward any such complaint submitted by Plaintiff to the general duty judge for prefiling review. This order extends to actions originally brought in state court and removed to this district, and to adversary proceedings in this district's bankruptcy court. Any violation of this order will expose Plaintiff to a contempt hearing and appropriate sanctions, and any action filed in violation of this order will be subject to dismissal.

18
19    The Court finds that a copy of the Vexatious Litigant was served on Sepehry-Fard and that

20 he had notice of the terms of this order.

21    The Court further finds the following actions or proceedings initiated by Sepehry-Fard

22 were in violation of the Vexatious Litigant Order.

23 • The adversary proceeding of *Sepehry-Fard v. Select Portfolio Servicing, Inc., et al.*,

24    Case No. 15-05048 (Bankr. N.D.Cal. 2015).

25 • The appellate cases of *Sepehry-Fard v. Select Portfolio Servicing, Inc., et al*., Case

26    Nos. 15-1392 – 15-1395 (B.A.P. 9th Cir. 2015).

27 • The Motion for Relief From Order, and all subsequent filings that arose out of this

28    motion, filed in *Sepehry-Fard v. Countrywide Home Loans, Inc.* et al., Case No.

1    5:13-cv-05769-BLF (N.D.Cal 2013).

2    • The appellate case of *Sepehry-Fard v. Countrywide Home Loans, Inc. et al.*, Case

3    No. 16-15526 (9th Cir. 2015).

4    • The Motion to Compel Mediation or Modification or Settlement, and all

5    subsequent filings that arose out of this motion, filed in the case of *In re Sepehry-*

6    *Fard*, Case No. 16-50582 (Bankr. N.D.Cal. 2016).

7    • The appellate case of *In re Sepehry-Fard*, Case No. 16-1134 (B.A.P. 9th Cir.

8    2016).

9    The Court further finds that CHL and Recontrust paid $_____ in attorneys' fees

10   and costs in defending against these actions.

11   ## ORDER

12   IT IS THEREFORE ORDERED THAT

13   1. Sepehry-Fard shall have 10 days from entry of this order to dismiss the appellate

14   matters of *Sepehry-Fard v. Select Portfolio Servicing, Inc., et al.*, Case Nos. 15-1392 – 15-1395

15   (B.A.P. 9th Cir. 2015), *Sepehry-Fard v. Countrywide Home Loans, Inc. et al.*, Case No. 16-15526

16   (9th Cir. 2015), and *In re Sepehry-Fard*, Case No. 16-1134 (B.A.P. 9th Cir. 2016).  If all appeals

17   are not dismissed by the 11th day, a daily sanction of $_____, payable to the Court,

18   shall be assessed against Sepehry-Fard.

19   2. Within 10 days of entry of this order, Sepehry-Fard shall pay CHL and Recontrust

20   attorneys' fees and costs in the amount of $_____ _____.

21   3. A hearing to ensure compliance with this order is set for _____, 2016 at

22   _____.

23

24   DATED:  August, _____, 2016

25

26                                                    _____

27                                                    Hon. Lucy H. Koh

28